**Order filed May 23, 2016**



In The

# Fourteenth Court of Appeals

_____

NO. 14-15-00629-CV
_____

**HAVEN CHAPEL UNITED METHODIST CHURCH, Appellant**

**V.**

**WILLIAM MICHAEL LEEBRON II, ET AL., Appellee**

**On Appeal from the 149th District Court
Brazoria County, Texas
Trial Court Cause No. 62845-A**

# O R D E R

The clerk's record was filed September 14, 2015. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the order granting Brazoria County's no-evidence motion for summary judgment signed March 30, 2015.

The Brazoria County District Clerk is directed to file a supplemental clerk's record on or before May 31, 2016, containing the order granting Brazoria County's no-evidence motion for summary judgment signed March 30, 2015.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM